IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRICKA LAVON CALLOWAY, ) | |
| #174 732, ) | |
|     Plaintiff, ) | |
| ) | |
| v.   ) | CIVIL ACTION NO.: 2:13-CV-311-TMH |
| ) | |
| WARDEN RENE MASON, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 7) of the Magistrate Judge is ADOPTED;

2. Plaintiff's May 7, 2013 pleading, considered to contain a motion for preliminary injunction (*Doc. No. 1*), is DENIED;

3. Plaintiff's § 1983 negligence, failure to protect, conditions, bias, and false disciplinary claims (Grounds 1, 2, 5, & 6) against the named defendants are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i) & (ii);

4. Plaintiff's complaint against Defendants Thomas, Cobb, Armstead, Johnson, and Allen is DISMISSED prior to service of process;

5.  Defendants Thomas, Cobb, Armstead, Johnson, and Allen are DISMISSED as parties to the complaint; and

6. Plaintiff's retaliation and access to courts claims as asserted against the remaining defendants (Sandra Giles, René Mason, Kenneth Jones, Daniel Gay, and Eric Williams (Grounds 3 & 4) are referred back to the Magistrate Judge for additional proceedings.

Done this the 27th day of September, 2013.

                                  /s/ Truman M. Hobbs
                                  TRUMAN M. HOBBS
                                  SENIOR UNITED STATES DISTRICT JUDGE