IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRICKA LAVON CALLOWAY, #174 732,<br>    Plaintiff,<br><br>    v.<br><br>WARDEN RENE MASON, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:13-CV-311-WHA<br>)                       [WO]<br>)<br>)<br>) |

**OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on May 9, 2016.  Doc. # 47.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to prosecute this action and to comply with the orders of the court.

Final Judgment will be entered accordingly.

Done, this  6th  day of June  2016.

　　　　　　　　　　　　　　　　　　  /s/    W. Harold Albritton
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE